IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRIAN D. WILCOX AND <br> RAYLENE WILCOX <br><br> Plaintiffs <br><br> vs. <br><br> THE TRAVELERS INDEMNITY <br> COMPANY OF AMERICA <br><br> Defendant. | Civil Action No. 3:09-1039 <br> Judge Nixon <br> Magistrate Judge Bryant/Brown <br> Jury Demand |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of counsel for the parties, all matters in controversy arising in this action have been resolved, and this case should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action is dismissed with prejudice. Court costs will be paid by the Defendant for which execution may issue if necessary, but the parties are responsible for their own discretionary costs.

**IT IS SO ORDERED.**

**ENTERED** this the _____ day of _____, 2011.

_____
The Honorable Senior District Judge John T. Nixon

Approved for Entry:


/s/ Joshua E. Burnett
Joshua E. Burnett (TN BPR No. 027686)
Sonya S. Wright (TN BPR No. 023898)
MARSHALL THOMAS BURNETT
214 West Main Street
Murfreesboro, TN 37130
(615) 896-8000, phone
(615) 896-8088, facsimile

*Attorneys for Plaintiff*


/s/ Marc Dedman (by permission Joshua E. Burnett)
Marc Dedman, Esquire (TN BPR No. 014044)
SPICER RUDSTROM, PLLC
414 Union Street
Bank of America Plaza, Ste. 1700
Nashville, TN 37219
(615) 259-9080, phone
(615) 259-1522, facsimile

*Attorney for Defendant*