UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN D. WILCOX, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:09-1039 |
| ) | Judge Nixon/Bryant |
| THE TRAVELERS INDEMNITY COMPANY ) | **Jury Demand** |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

The parties have filed an Agreed Order Of Dismissal With Prejudice (Docket Entry No. 12) of this case. There is nothing further to be done by the undersigned in this matter. The Clerk is directed to return the file to the District Judge for his consideration of the order of dismissal.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge