IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRIAN D. WILCOX AND ) | |
| RAYLENE WILCOX ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Civil Action No. 3:09-1039 |
| ) | Judge Nixon |
| THE TRAVELERS INDEMNITY ) | Magistrate Judge Bryant/Brown |
| COMPANY OF AMERICA ) | Jury Demand |
| ) | |
| Defendant. ) | |
| ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of counsel for the parties, all matters in controversy arising in this action have been resolved, and this case should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action is dismissed with prejudice. Court costs will be paid by the Defendant for which execution may issue if necessary, but the parties are responsible for their own discretionary costs.

**IT IS SO ORDERED.**

ENTERED this the 28th day of June, 2011.

_____
The Honorable Senior District Judge John T. Nixon