UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

BRIAN D. WILCOX and )
RAYLENE WILCOX )
)
v. ) NO. 3:09cv1039
) JUDGE NIXON
)
THE TRAVELERS INDEMNITY )
COMPANY OF AMERICA )

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/28/2011.

                                   KEITH THROCKMORTON, CLERK
                                   s/Tina M. Webster, Deputy Clerk